IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 |
| | ) | |
| **MOUTHPEACE DENTAL, LLC** | ) | Case No. 20-72289-bem |
| | ) | |
| | ) | |
| | ) | |
| Debtor. | ) | |
| | ) | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby appears as counsel for Bank of America, N.A., a creditor in the above-styled bankruptcy proceeding ("Creditor"), and, pursuant to 11 U.S.C. §§ 342 and 1109(b) and Bankruptcy Rules 2002, 9007, 9010, hereby requests that all notices given or required to be given in this case, including notices under Rule 2002(i) that, but for this request, would be provided only to committees appointed pursuant to the Bankruptcy Code or to their authorized agents, and all papers served or required to be served in this case be served upon Creditor by and through:

Beth E. Rogers, Esq.
James F.F. Carroll, Esq.
Megan Elaine Harsh, Esq.
ROGERS LAW OFFICES
100 Peachtree Street
Suite 1950
Atlanta, Georgia 30303

All parties in interest are hereby put on notice that the aforementioned creditor is represented by the undersigned, and it is hereby requested that the undersigned be provided with copies of all notices, pleadings, and other filings made in the above-styled case, including, without limitation, notices of any application, complaint, demand, hearing, motion, order,

pleading, or request, formal or informal, whether transmitted or conveyed by mail, telephone, or otherwise.

This 7th day of December, 2020.

>Respectfully submitted,
>**ROGERS LAW OFFICES**
>
>By/s/Beth E. Rogers
>Beth E. Rogers, Georgia Bar No. 612092
>James F.F. Carroll, Georgia Bar No. 940350
>Megan Elaine Harsh, Georgia Bar No. 432986
>100 Peachtree Street, Ste. 1950
>Atlanta, Georgia 30303
>770-685-6320 phone
>678-990-9959 fax
>brogers@berlawoffice.com
>*Attorneys for Creditor*

## CERTIFICATE OF SERVICE

I hereby certify that I have this date served a true and correct copy of the within and foregoing **Notice of Appearance** by the Court's CM/ECF, which will generate an electronic copy on all counsel of record registered in this case through CM/ECF:

This 7th day of December, 2020.

> */s/Beth E. Rogers*
> Beth E. Rogers
> Georgia Bar No. 612092