**IT IS ORDERED as set forth below:**



**Date: May 11, 2021**

_____

**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE | : | CHAPTER 11 |
| | : | |
| **MOUTHPEACE DENTAL, LLC**, | : | CASE NO. **20-72289**-BEM |
| | : | |
| Debtor and Debtor-in-Possession. | : | |
| \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ | : | \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ \_\_ |
| FINANCIAL SERVICES VEHICLE TRUST, | : | |
| | : | |
| Movant, | : | |
| | : | CONTESTED MATTER |
| v. | : | |
| | : | |
| MOUTHPEACE DENTAL, LLC, Debtor and Debtor-in-Possession, | : | |
| | : | |
| Respondent. | : | |
| | : | |
| | : | |

**CONSENT ORDER**

This matter came on for hearing May 11, 2021 on the *Motion for Relief from Automatic Stay* (the "Motion") filed March 24, 2021, by Financial Services Vehicle Trust (the

"Movant")(Doc. No. 98).  Movant is the holder of a claim arising from a Lease Agreement with Debtor for the lease of a 2021 BMW X5 VIN 5UXCR4C09M9E15259 (the "Vehicle").  Movant acknowledges that the delinquency in lease payments has been cured prior to the scheduled hearing.  Movant, by counsel, filed a Certificate of Service and contends proper service of the Motion.  The parties hereby consenting to the terms of this Consent Order, and good cause having been shown, it is hereby ORDERED that:

1. Debtor shall make all lease payments to Movant when due commencing with the next payment due May 14, 2021, and continuing on the 14th day of each month thereafter according to the terms of the lease documents, the lease payment being $1,249.16 per month;

2. Debtor shall maintain full coverage insurance protecting Movant at all times during pendency of the Lease;

3. In the event Debtor fails to exercise the Lease Purchase Option at the Scheduled Maturity Date, the automatic stay, if still in effect, shall be lifted without further notice or hearing with respect to the Vehicle insofar as it would restrain the Movant from enforcing its rights to the Vehicle under the terms of the Lease Agreement and nonbankruptcy law; and

4. If Debtor fails to make any payment required under Paragraph 1 herein above or fails to maintain insurance under Paragraph 2 herein above, then Movant is authorized to serve Debtor and Debtor's counsel with a Delinquency Notice giving the Debtor ten (10) days from the date of the notice to cure the Delinquency.  If the Debtor fails to cure the Delinquency, then Movant is authorized to file an Affidavit with service of same upon Debtor and Debtor's counsel indicating that the default has occurred.  In such event, Movant is authorized to present an Order for relief from the automatic stay and the Court may enter such Order vacating the

automatic stay imposed under 11 U.S.C. Section 362 without further notice or hearing so as to allow to allow Movant to enforce its rights to the Vehicle which it leased to Debtor under the terms of a certain Lease Agreement. If the disposition results in a deficiency, Movant may amend its claim if filed in this case, subject to objection. In such event, Rule 4001(a)(3) shall not apply.

[END OF DOCUMENT]

PREPARED and PRESENTED BY:
The Law Office of
LEFKOFF, RUBIN, GLEASON & RUSSO, P.C.
Attorneys for Movant


By: ___/s/_____
   Craig B. Lefkoff
   Ga. State Bar No. 445045
5555 Glenridge Connector, Suite 900
Atlanta, Georgia  30342
(404) 869-6900
clefkoff@lrglaw.com

CONSENTED TO:

ROUNTREE LEITMAN & KLEIN, LLC
Counsel for Debtor


By: __/s/_____
    Benjamin R. Keck
    Ga. State Bar No. 943504
Century Plaza I
2987 Clairmont Road, Suite 350
Atlanta, Georgia 30329
(404) 584-1238 Telephone
bkeck@rlklawfirm.com

**DISTRIBUTION LIST**

Craig B. Lefkoff, Esq.
Lefkoff, Rubin, Gleason, Russo & Williams, P.C.
5555 Glenridge Connector
Suite 900
Atlanta, Georgia  30342

Mouthpeace Dental, LLC
2149 Brannen Rd.
Atlanta, GA 30316

Benjamin R. Keck, Esq.
Century Plaza I, Suite 350
2987 Clairmont Rd.
Atlanta, GA 30329

Vanessa A. Leo, Esq.
Office of the U.S. Trustee
362 Richard B. Russell Building
75 Ted Turner Drive, SW
Atlanta, Georgia 30303